UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:10-cv-01708-JST (MLGx)   Date: April 23, 2012
Title: William P. Crone v. First Tennessee Bank National Association, et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Nancy Boehme | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                           Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER REMANDING CASE TO ORANGE COUNTY SUPERIOR COURT CASE NO. 30-2010-00350862**

      This action was originally removed to federal court on November 5, 2010, on the basis of diversity jurisdiction.  (Doc. 1 at 2-3.)  However, since removal, Plaintiff has amended his complaint to add Steve Scott as a Defendant.  (Doc. 11.)  Defendants assert Mr. Scott is a citizen of California.  (Doc. 63.)  Plaintiff's amended complaint does not allege Mr. Scott's citizenship.

      In light of these facts, on March 16, 2012, the Court issued to Plaintiff an order to show cause regarding the basis for this Court's subject matter jurisdiction.  Plaintiff's Declaration re: Jurisdiction filed on March 23, 2012, failed to directly address that issue, and merely alluded to the possibility that this Court may "no longer [have] jurisdiction over this case due to lack of complete diversity" and that there is a "possibility of the parties stipulating to remanding the case to state court."  (Doc. 67.)

      Having given the parties an opportunity to demonstrate to the Court the basis for subject matter jurisdiction, and the parties having failed to provide any adequate basis, this case is now remanded to Orange County Superior Court, Case No. 30-2010-00350862.

Initials of Preparer:  nkb